UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:07-HC-2200-FL-JG |
| ) | |
| DOUGLAS ATHERTON, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration after the court held a bench trial.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court finds by clear and convincing evidence that Respondent Atherton is a sexually dangerous person under the Adam Walsh Act and that he be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4248.

**This Judgment Filed and Entered on April 20, 2012, with service on:**

G. Norman Acker, III, Michael D. Brendenberg, R.A. Renfer, Jr., W. Ellis Boyle, William Woodward Webb, Jr. and William W. Webb, Sr. (via CM/ECF Notice of Electronic Filing)
Record Center, FCI Butner Medium, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

April 20, 2012                JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk